AO 245I(Rev. 11/16) Judgment in a Criminal Case for a CVB violation

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>QUANTEZ M. ALLEN | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a CVB violation)**<br><br>Case Number: 8:26CB5<br>Violation Number: NE65 9216962<br><br>Pro Se<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to violation NE65 9216962 on 05/26/2026.

The defendant is adjudicated guilty of these offenses:

| Title & Section & Nature of Offense | Offense Ended | Violation No. |
|---|---|---|
| 18 USC 1701 OBSTRUCTION OF MAIL | December 2025 | NE65 9216962 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

May 26, 2026
Date of Imposition of Sentence:


s/ Michael D. Nelson
United States Magistrate Judge

May 26, 2026
Date

AO 245I(Rev. 11/16) Judgment in a Criminal Case for a CVB violation                                Judgment Page 2 of 3

DEFENDANT: QUANTEZ M. ALLEN
CASE NUMBER: 8:26CB5

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| | **Assessment** | **Restitution** | **Fine** |
|---|---|---|---|
| **TOTALS** | $30.00 processing fee | $100.00 | $100.00 |

☒ The defendant must make restitution to the following payees in the amount listed below.

| **Name of Payee** | **Total Loss** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| U.S. Postal Service<br>USPS Disbursing Office<br>Attention: Restitution<br>2825 Lone Oak Pkwy<br>Eagan, MN, 55121 | $100.00 | $100.00 | 100% |
| **Totals** | $100.00 | $100.00 | 100% |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**Payment of $100.00 for restitution due 6/30/2026 to the Clerk of the U. S. District Court, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.**

**Payment of $30.00 for processing fee and $100.00 fine, due 6/30/2026 to the Central Violation Bureau, P.O. Box 780549, San Antonio, TX, 78278-0549.**

AO 245I(Rev. 11/16) Judgment in a Criminal Case for a CVB violation Judgment Page 3 of 3

DEFENDANT: QUANTEZ M. ALLEN
CASE NUMBER: 8:26CB5

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M.  LUCKS, CLERK

By _____Deputy Clerk